IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL POWELL, SO #111260, Plaintiff, v. BRAZOS COUNTY DETENTION CENTER, et al., Defendants. | CIVIL ACTION NO. H-18-1322 |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order of Dismissal signed on this date, Plaintiff Michael Powell's claims are **DISMISSED** with prejudice for failure to state a claim for which relief may be granted.

This is a **FINAL JUDGMENT**.

The Clerk of Court will provide a copy of this Order to all the parties of record.

SIGNED at Houston, Texas, on this 10TH day of September, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE